IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ISIDRO CASANOVA | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| LA JOYA INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| *Respondent* | § | |

### LA JOYA INDEPENDENT SCHOOL DISTRICT
### AND MARCEY SORENSEN'S NOTICE OF REMOVAL

**I.**
**PROCEDURAL HISTORY**

1. On July 9, 2025, Isidro Casanova filed a civil action against La Joya Independent School District. Casanova styled his civil action as a Rule 202 Petition for Oral Deposition with Verification ("the Petition"). [*See* Appendix at Exhibit 1–2]. Casanova filed the Petition in the 332nd Judicial District Court of Hidalgo County, Texas.

2. On July 18, 2025, La Joya ISD Superintendent Marcey Sorensen was served with the Petition.

**II.**
**GROUNDS FOR REMOVAL**

3. Because Casanova expressly alleges violations of federal law in the Petition, La Joya ISD and Sorensen remove this case based on federal question jurisdiction in accordance with 28 U.S.C. §§ 1331, 1441(a), and 1446. [1]

4. This Notice of Removal is timely filed because it is being filed within 30 days after receipt of the Petition. *See* 28 U.S.C. § 1446(b).

---

[1] In the Petition, Casanova states that Sorensen is a "fact witness." Exh. 2 at 2. But because Sorensen was served separate from La Joya ISD, Sorensen joins La Joya ISD in this Notice of Removal out of an abundance of caution. Sorensen consents to the removal of this action.

5. Venue is proper in the Southern District of Texas, McAllen Division because this District and Division embrace the state court where the suit is pending. *See* U.S.C. § 1441(a).

6. La Joya ISD will promptly file a copy of this Notice of Removal, as an attachment to a Notice of Filing of Notice of Removal, to the clerk of the state court where the action has been filed.

## III.
### STATE COURT FILINGS

7. In accordance with 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule 81, copies of the following are attached to this Notice of Removal.

| Exhibit | Description | Page Nos. |
|---|---|---|
| 1 | Docket Sheet | LJISD 000001 - 000002 |
| 2 | Rule 202 Petition for Oral Deposition with Verification | LJISD 000003 - 000006 |
| 3 | Casanova's Verification | LJISD 000007 |
| 4 | Casanova's Attachment to Petition | LJISD 000008 - 000009 |
| 5 | Citation Issued to La Joya ISD | LJISD 000010 - 000011 |
| 6 | Citation Issued to Marcey Sorensen | LJISD 000012 - 000013 |
| 7 | Citation Served on Marcey Sorensen | LJISD 000014 - 000022 |

## IV.
### CONCLUSION AND PRAYER

La Joya ISD and Marcey Sorensen request that this matter be removed to federal court and pray that they be awarded all other and further relief to which they are entitled.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:   */s/ Celena Vinson*
Celena Vinson
Attorney-in-Charge
Texas Bar No. 24037651
Southern District of Texas No. 2220428
cvinson@thompsonhorton.com
Phillip Ericksen
State Bar No. 24137378
Southern District of Texas No. 3896037
pericksen@thompsonhorton.com

2

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: 713-554-6742
Facsimile: 713-583-8884

**ATTORNEYS FOR LA JOYA ISD
AND MARCEY SORENSEN**

## CERTIFICATE OF SERVICE

On July 30, 2025, I electronically filed this document with the Clerk of the Court of the United States District Court for the Southern District of Texas using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record in this case.

John L. Shergold
1805 Ruben Torres Blvd., Suite B30
Brownsville, Texas 78521
Telephone: 956-548-9100
Facsimile: 956-548-9102
hodgeshergold@aol.com
john@johnshergoldlawfirm.com

**ATTORNEY FOR ISIDRO CASANOVA**

*/s/ Celena Vinson*
Celena Vinson

4926-1774-8569, v. 1

3